**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN, SBN 191155
 E-mail: sween@lbbslaw.com
HILARY DINKELSPIEL, SBN 258855
 E-mail: dinkelspiel@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
VirtuOx, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VIRGINIA KRAPF,<br><br>   Plaintiff,<br><br>vs.<br><br>VIRTUOX, INC.,<br><br>   Defendant. | CASE NO. 2:12-CV-02071-JAM-DAD<br><br>**STIPULATION AND ORDER TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**<br><br>ACTION FILED: AUGUST 7, 2012<br>TRIAL DATE:   MARCH 2014 |

WHEREAS, on August 7, 2012, Plaintiff Virgina Krapf ("Plaintiff") filed a Verified Complaint in the United States District Court, Eastern District of California against Defendant Virtuox, Inc. ("Defendant") (collectively, referred to as the "Parties").

WHEREAS, on November 13, 2012, Defendant filed a Motion to Dismiss, or in the Alternative, to Transfer Venue to the United States District Court, Northern District of California.

WHEREAS, on January 23, 2013, Plaintiff filed an Opposition to Defendant's Motion to Dismiss, or in the Alternative, to Transfer Venue.

WHEREAS, on January 30, 2013, Defendant filed a Reply to its Motion to Dismiss, or in the Alternative, to Transfer Venue.

WHEREAS, on February 6, 2013, the Court held oral argument on Defendant's Motion to Dismiss, or in the Alternative, to Transfer Venue.

1  WHEREAS, the Court denied Defendant's Motion to Dismiss and took under submission
2  its ruling on Defendant's Motion to Transfer Venue, pending briefing by the Parties on the binding
3  arbitration provision set forth in Exhibit A to Plaintiff's Complaint.
4  WHEREAS, the Parties now stipulate to transfer this case to the United States District
5  Court, Northern District of California.  The parties further stipulate that any agreement to arbitrate
6  existing between the parties, as to Plaintiff's employment-related claims as set forth in her
7  Complaint in Case No. 2:12-cv-02071, has been mutually waived such that this matter may be
8  adjudicated in the Northern District of California.
9  IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES that this case be
10 transferred to the United States District Court, Northern District of California.

11
12 DATED: February 19, 2013        LEWIS BRISBOIS BISGAARD & SMITH LLP
13
14                                 By:      /s/ Hilary A. Dinkelspiel
                                        Lisa Barnett Sween
15                                      Hilary A. Dinkelspiel
                                        Attorneys for Defendant Virtuox, Inc.
16

17 DATED: February 19, 2013        BOHM LAW GROUP
18
19                                           /s/ Lawrance A. Bohm (as authorized on
                                   By:       2/19/13)
20                                      Lawrance A. Bohm
                                        Victoria L. Baiza
21                                      Attorneys for Plaintiff Virginia Krapf
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

**ORDER**

GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, this case is transferred from the United States District Court, Eastern District of California to the United States District Court, Northern District of California.

**IT IS SO ORDERED.**

Dated: **2/19/2013**

/s/ John A. Mendez

HON. JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE